## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHERSON TOSCANO-PINZON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00718-JD |
| | ) | |
| SCARLET GRANT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Considering the notice and exhibit filed by Respondent Robert Cerna,[1] Petitioner took voluntary departure, which the Court confirmed through the publicly available website.[2] The Court therefore dismisses this habeas action without prejudice to refiling. A judgment of dismissal without prejudice will follow.

IT IS SO ORDERED this 28th day of April 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] *See* [Doc. Nos. 7, 7-1].

[2] *See* EOIR Automated Case Information for Petitioner Antherson Toscano Pinzon, available at https://acis.eoir.justice.gov/en/caseInformation (last accessed Apr. 28, 2026).