**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHERSON TOSCANO-PINZON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00718-JD |
| | ) | |
| SCARLET GRANT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's

Order issued this date, the Court dismisses this action without prejudice.

ENTERED this 28th day of April 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE